**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Omar Antonio ANCHICO–MOSQUERA, a.k.a. Willie Willie, Defendant–Appellant.**

**No. 09–16125**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 27, 2010.

Omar Antonio Anchico–Mosquera, Coleman, FL, pro se.

---

Michelle Thresher Taylor, U.S. Attorney's Office, Tampa, FL, for Defendant–Appellant.

Before EDMONDSON, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Omar Antonio Anchico–Mosquera, proceeding pro se, appeals the district court's denial of his motion to modify his sentence, pursuant to 18 U.S.C. § 3582(c)(2), based on Amendment 709, which clarified the rules for computing a defendant's criminal history score. Because (1) Amendment 709 does not apply retroactively, and (2) *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) does not apply to § 3582(c)(2) proceedings, the district court did not err by denying § 3582 relief. Moreover, the doctrine of the law of the case bars this Court from considering, for a second time, Anchico–Mosquera's challenges to (1) the denial of a sentence reduction under Amendment 706, and (2) alleged deficiencies in the government's 21 U.S.C. § 851 enhancement notice, which he raised in a prior § 3582 proceeding. Accordingly, we affirm the district court's decision.

AFFIRMED.